UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

```
RONALD L. GRAY, JR.,         )
                             )
          Plaintiff,         )
                             )
    v.                       )      Civil No. 04-207-B-W
                             )
JO ANNE B. BARNHART,         )
Commissioner of Social       )
Security,                    )
                             )
          Defendant.         )
```

**ORDER AFFIRMING THE**
**<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

The United States Magistrate Judge filed with the Court on August 9, 2005 his Recommended Decision.  The Plaintiff filed his objections to the Recommended Decision on August 17, 2005 and the Defendant filed her Response to those objections on September 2, 2005.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.  It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

```
                              /s/ John A. Woodcock, Jr.
                              JOHN A. WOODCOCK, JR.
                              UNITED STATES DISTRICT JUDGE
```

Dated this 6th day of September, 2005